UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

PAUL RYAN DOUGLAS,

Defendant.

04-CR-1065 (CM)

ORDER REGARDING DEFENDANT'S NEWLY FILED MOTION FOR
COMPASSIONATE RELEASE OR REDUCTION OF SENTENCE

McMahon, J.:

Defendant has filed a motion asking the Court to grant him compassionate release or, in the alternative, to reduce his sentence. (ECF Documents 92 and 93). Defendant also asks that the Court appoint counsel "to represent him in this matter and to help provide the Court with any additional documentation or information that may be necessary." (ECF Document 91).

The Court herby assigns Calvin H. Scholar from the court's CJA panel to represent defendant in connection with his compassionate release motion. Counsel is to speak with his new client and inform the Court on how defendant wishes to proceed.

The Court will wait to hear from counsel before ordering the Government to respond.

The Clerk of Court shall notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

Dated: January 11, 2023
New York, New York

COLLEEN McMAHON
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/23