UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

PAUL RYAN DOUGLAS,

        Defendant.

04-CR-1065 (CM)

---

ORDER REGARDING DEFENDANT'S MOTION FOR
COMPASSIONATE RELEASE OR REDUCTION OF SENTENCE

McMahon, J.:

Defendant has filed a motion asking the Court to grant him compassionate release or, in the alternative, to reduce his sentence. (ECF Documents 92, 93 and 96).

The Government is to respond to the motion within 60 days.

The Clerk of Court shall notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

Dated: March 26, 2024
New York, New York

*[signature]*

COLLEEN McMAHON
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/24